**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1047

GABRIELLA TILLERY, as Guardian to G.M., and C.M.,

Plaintiff - Appellant,

v.

BALTIMORE CITY; BALTIMORE CITY POLICE DEPARTMENT;
BALTIMORE COUNTY; BALTIMORE COUNTY POLICE DEPARTMENT;
LOWER CHICESTER TOWNSHIP; LOWER CHICESTER TOWNSHIP
POLICE DEPARTMENT; OFFICER TIMOTHY MCBRIDE; JOHN DOES 1-30;
RICHARD ROES 1-30,

Defendants - Appellees,

and

DELAWARE COUNTY; DELAWARE COUNTY SHERIFF'S OFFICE,

Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
George L. Russell, III, District Judge.  (1:21-cv-01067-GLR)

Submitted:  June 23, 2022                          Decided:  July 20, 2022

Before NIEMEYER, KING, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Gabriella Tillery, Appellant Pro Se.  Michael Patrick Redmond, BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland; Andrea Danielle Smith, BALTIMORE COUNTY OFFICE OF LAW, Towson, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gabriella Tillery seeks to appeal the district court's order granting Defendants' motions to dismiss and dismissing her civil complaint with prejudice. However, after the issuance of that order, the district court entered a margin order granting Tillery's request to withdraw her complaint without prejudice. Because the margin order superseded and nullified the order from which Tillery seeks to appeal, there is no order properly before us for review. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*